USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Aron Weiner,

                Plaintiff,

-against-

ARS National Services, Inc.

                Defendant.

Civil Action No.: 11 Civ. 9326

ECF Case (NRB)

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

---

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Aron Weiner, by his undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against the defendant ARS National Services, Inc.

Date: April 18, 2012

_____
Samuel A. Ehrenfeld
FREDRICK SCHULMAN & ASSOCIATES
*Attorneys for Plaintiff*
30 East 29th Street
New York, New York 10016
(212) 796-6053

SO ORDERED:

_____
Naomi Reice Buchwald, U.S.D.J.

Dated: April 24, 2012